Carmen E. MILLICAN and Patrick
H. Millican, Appellants,

v.

John O. PERKINS and Mary Lou
Perkins, Respondents.

No. 71404.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 11, 1997.

David S. Schmidt, O'Fallon, for appellants.

Samuel T. Vandover, St. Louis, for respondents.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Plaintiffs, Carmen E. Millican, husband, and Patrick H. Millican, son, appeal from the judgment of the trial court, entered pursuant to a jury verdict, in favor of plaintiffs on their action for the wrongful death of Elizabeth Millican. The jury awarded damages of $50,000.00 and assessed Elizabeth's fault at 75 percent and the trial court entered judgment accordingly.

We have reviewed the record on appeal and find the evidence to support the jury verdict was not insufficient; no error of law appears. An opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

Gary W. BEESON, Petitioner/Appellant,

v.

DIRECTOR OF REVENUE, State of
Missouri, Respondent/Respondent.

No. 69560.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

John R. Brage, Wentzville, for petitioner/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, James A. Chenault, III, Special Assistant Attorney General, Missouri Department of Revenue, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Petitioner appeals from the judgment denying his petition to review the suspension of his driving privileges by the Director of Revenue. We affirm. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).